UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-01485 JVS (DFMx) | Date | October 13, 2016 |
| Title | United States of America v. Filadelfo Brito | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers)  ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

     The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than October 17, 2016, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

     As an alternative to a written response by plaintiff(s), the Court will consider the **delivery** , by Noon on October 17, 2016, of the required Mandatory Chambers Copies of the Complaint, Civil Cover Sheet, Certificate of Interested Parties and Proof of Service of Summons and Complaint (Docket Nos. 1, 2, 3 & 9) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |